UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCOS ALVAREZ,

                Plaintiff,                        24-CV-5797 (JAV)

      -v-                                        ORDER

NEW BIG WONG RESTAURANT INC.,

                Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On February 7, 2025, Plaintiff Marcos Alvarez, filed the First Motion for Default Judgment as to New Big Wong Restaurant Inc. (ECF No. 15). Pursuant to this Court's Individual Rules and Practices in Civil Cases, Section 5(M) and Attachment A, a party seeking a default judgment must include: 1) a statement of damages; 2) copies of all the operative pleadings; 3) a copy of the affidavit of service of the summons and complaint; and 4) a certificate of service stating that all documents in support of the request for default judgment have been personally served on or mailed to the party against whom default judgment is sought, pursuant to Local Civil Rule 55.2(a)(3), as described therein, in support of their Motion for Default Judgment. Plaintiff shall file their papers in support of their Motion for Default Judgment by no later than April 21, 2025.

      SO ORDERED.

Dated: April 8, 2025
       New York, New York                                    _____
                                                          JEANNETTE A. VARGAS
                                                          United States District Judge